148 A.3d 744

CARLA J. SADEJ, PLAINTIFF, v. JESSE D. SADEJ, DEFENDANT, AND ARTURI, D'ARGENIO, GUAGLARDI & MELITTI, LLP, APPELLANT, AND LAWRENCE H. KLEINER, LLC, RESPONDENT.CARLA J. SADEJ, PLAINTIFF, v. JESSE D. SADEJ, DEFENDANT-PETITIONER, AND LAWRENCE H. KLEINER, LLC, AND STEPHEN SINISI, ESQ., RESPONDENTS.

FILED July 26, 2016

## ON THE PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3450/4847-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.